A. W. MARTIN, EDWARD H. S. MARTIN and JOHN STELK, for appellant.

WINSTON, PAYNE, STRAWN & SHAW, for appellee; JOHN D. BLACK and JOHN C. SLADE, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. REPLEVIN, § 78*—*sufficiency of bond.* Fact replevin bond runs to sheriff instead of coroner who served the writ no ground for dismissal of suit.

2. REPLEVIN, § 43*—*when demand before suit unnecessary.* Demand for return of the property before commencing suit, unnecessary where officer seized the property under an execution with full notice of plaintiff's title.

3. TRIAL, § 198*—*when verdict may be directed on uncontroverted evidence.* In an action of replevin, an instruction directing a verdict for plaintiff is not improper as taking away from the jury the question. of credibility of witness, where the evidence in support of plaintiff's title was not. contradicted by competent evidence.

4. APPEAL AND ERROR, § 1572*—*when clerical error in entering judgment will not reverse.* Misprision of clerk in failing to write up a judgment in replevin so as to provide for the return of the property to defendant in accordance with the verdict, *held* not cause for reversal as it can be amended below.

---

Thomas Pedroff, Defendant in Error, v. Tony Vasil et al., Plaintiffs in Error.

Gen. No. 18,473.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed October 14, 1913.

*See Illinois Notes Digest, Vols, XI to XIV, same topic and section number.

## Statement of the Case.

Action by Thomas Pedroff against Tony Vasil, Steve Serbinoff and George Nichola, in the Municipal Court, to recover wages. From a judgment for plaintiff, defendants bring error.

LOUIS BRANDES, for plaintiffs in error.

No appearance for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*statement of facts.* Statement of facts must contain contract where finding of court with reference thereto is assigned as error.

2. MUNICIPAL COURT OF CHICAGO, § 26*—*what must appear in statement of facts.* Errors relating to admission and exclusion of evidence cannot be considered when the statement of facts does not show what evidence was admitted and excluded.

---

## Hefto Swefto, Defendant in Error, v. Tony Vasil et al., Plaintiffs in Error.

### Gen. No. 18,474.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed October 14, 1913.

## Statement of the Case.

Action by Hefto Swefto against Tony Vasil and others to recover wages earned by plaintiff while in the employ of defendants. From a judgment in favor of plaintiff, defendants bring error.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.